## Commonwealth *v.* One 1961 Oldsmobile Station Wagon (Refino).

Argued December 11, 1963. Before RHODES, P. J., ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ.

*James J. Phelan, Jr.,* Special Assistant Attorney General, with him *Thomas J. Shannon,* Assistant Attorney General, and *Walter E. Alessandroni,* Attorney General, for Pennsylvania Liquor Control Board, appellant.

*Jonathan DeYoung,* for appellee.

OPINION PER CURIAM, March 19, 1964:
Judgment affirmed on the opinion of Judge QUINLAN of the Court of Quarter Sessions of Montgomery County.